**FILED**

06/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0176

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0176

MCKENZIE LYONS,

Petitioner-Appellee,

vs.

TRAVIS PALMER,

Respondent-Appellant.

ORDER GRANTING APPELLANT'S MOTION FOR
30 DAY EXTENSION

The Court being in receipt of Appellant's Motion for a 30 Day Extension, and good cause appearing, Now Therefore,

IT IS HEREBY ORDERED that Appellant may file his Opening Brief on or before July 18, 2022.

DATED and ELECTRONICALLY SIGNED as noted below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 17 2022